JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., | CV 19-8606 PA (ASx) |
| Plaintiff, | JUDGMENT |
| v. | |
| THRIFTY PAYLESS, INC.; and DOES 1-10, | |
| Defendants. | |

Pursuant to the Court's July 13, 2020 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: July 14, 2020

                                                      Percy Anderson
                                   UNITED STATES DISTRICT JUDGE